IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| IN RE: | Roy L. Hudgins | § | Case Number: | 13-00467-RSM-7 |
|---|---|---|---|---|
| | Patricia A Hudgins | § | | |
| | Debtor(s) | § | Chapter: | 7 |

**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

PLEASE TAKE NOTICE THAT Exeter Finance Corp. hereby gives notice as follows:
Pursuant to 11 U.S.C. §342(f)(1), Ascension Capital Group, Inc. hereby requests that:
  (i)   all notices given or required to be given in the case; and
  (ii)  all pleadings and correspondence served or required to be served in this case,

regarding Exeter Finance Corp. should be directed to Ascension Capital Group, Inc. at the following mailing address effective immediately:

   Ascension Capital Group, Inc.
   Attn:  Exeter Finance Corp. Department
   Account:  XXXXX8534
   c/o Ascension Capital Group P.O. Box 201347
   Arlington, TX 76006

   This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

                    Respectfully submitted,

                    /s/ Steven G. Kane
                    Steven G. Kane
                    Bankruptcy Servicer for Exeter Finance Corp.
                    Ascension Capital Group, Inc.
                    c/o Ascension Capital Group P.O. Box 201347
                    Arlington, TX 76006
                    (817) 277-2011, Fax (817) 461-8070
                    ecfnotices@ascensioncapitalgroup.com
                    File # 922846