Certificate Number: 00478-TNM-DE-020622022

Bankruptcy Case Number: 13-00467


00478-TNM-DE-020622022

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 30, 2013</u>, at <u>7:47</u> o'clock <u>AM PDT</u>, <u>Roy Hudgins</u> completed a course on personal financial management given <u>by internet</u> by <u>Springboard Nonprofit Consumer Credit Management, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Tennessee</u>.

Date: <u>March 30, 2013</u>　　　　By: 　<u>/s/Heather Shanahan</u>

　　　　　　　　　　　　　　　　Name: <u>Heather Shanahan</u>

　　　　　　　　　　　　　　　　Title: <u>Sr. Bankruptcy Manager</u>